UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEXANDRA ESTRADA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-03161-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 21. The motion was heard without oral argument.

The parties stipulate that the above-captioned case be reversed and remanded to the Commissioner of Social Security in accordance with sentence four of 42 U.S.C. § 405(g). On remand, the parties agree that the Commissioner shall further develop the record and issue a new opinion. The Commissioner will reevaluate the possible applicability of a Listing, reconsider the medical evidence and address any physicians' opinions that are not to be adopted. If the Commissioner does not issue a fully favorable decision on the record upon remand, Plaintiff will have the opportunity for a de novo hearing.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, ECF No. 20, is **GRANTED**.

2. The decision denying benefits is **reversed** and **remanded** for further

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 1

administrative proceedings. On remand, the Commissioner shall further develop the record and issue a new opinion. The Commissioner will reevaluate the possible applicability of a Listing, reconsider the medical evidence and address any physicians' opinions that are not to be adopted. If the Commissioner does not issue a fully favorable decision on the record upon remand, Plaintiff will have the opportunity for a de novo hearing.

3. This remand is made pursuant to sentence four of 42 U.S.C. § 405(g).

4. Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412, et seq.

5. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 13th day of July, 2016.



_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2