# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ALEXANDRA ESTRADA

*Plaintiff*

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

*Defendant*

Civil Action No. 2:15-cv-3161-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The decision denying benefits is REVERSED and REMANDED for further administrative proceedings. This remand is pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper application, Plaintiff will be eligible for attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412, et seq. Judgment in favor of Plaintiff and against Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on a stipulated motion for Remand (ECF No. 20)

Date: 07/13/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates